# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  No. 15-1447-MMM |
| | ) |
| ANGELA LOCKE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Lisa Madigan, Attorney General for the State of Illinois, by Lisa Cook, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendants DEBBIE DENNING, RENEE HATFIELD, JOSEPHY YURKOVICH, and FELIPE ZAVALA, in the above cause.

Respectfully submitted,

DEBBIE DENNING, RENEE HATFIELD,
JOSEPHY YURKOVICH, and FELIPE ZAVALA,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

Attorney for Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706          By:  s/Lisa A. Cook
Phone: (217) 785-4555                      LISA A. COOK
Fax: (217) 524-5091                        Assistant Attorney General
lcook@atg.state.il.us
Of Counsel.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   No. 15-1447-MMM |
| | ) |
| ANGELA LOCKE, et al., | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

Lisa Cook, Assistant Attorney General, herein certifies that a copy of the foregoing document, Notice of Appearance, was electronically filed on January 28, 2016, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Ruth Brown | ruth@loevy.com |
| Tara Thompson | tara@loevy.com |

        s/ Lisa Cook
        LISA COOK
        Assistant Attorney General

Lisa Cook, #6298233
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555  Phone
(217) 524-5091  Fax
lcook@atg.state.il.us