IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 15-1447-MMM |
| ) | |
| ANGELA LOCKE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS
COUNTS 1, 3, 5, AND 6 OF THE PLAINTIFFS' COMPLAINT**

The Defendants, JOHN BALDWIN, DAVID BRAINARD, CHRISTINE BRANNON, DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, PENNY JOHNSON, AARON LEESMAN, TAMMY LINNE, ANGELA LOCKE, JEFF MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, J. NESWICK, ALAN PASLEY, CLARA SHARON, MONICA SLATER, SHABEDA WARDEN-PENNINGTON, JOSEPH YURKOVICH, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts 1, 3, 5, and 6 of the Plaintiffs' complaint.

In support of this motion, Defendants provide the following:

1. Plaintiffs filed a complaint on October 30, 2015, against employees of the Illinois Department of Corrections on several claims centered around a search that occurred at Logan Correctional Center on October 31, 2013.

2. Defendants now move to dismiss several counts of Plaintiffs' complaint pursuant to Federal Rule 12(b)(6). A motion to dismiss under rule 12(b)(6) is brought when the complaint fails to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6).

3. Count 1 should be dismissed because the Fourth Amendment does not apply to the search at issue in this suit.

1

4. Count 3 should be dismissed because the claim is based on boilerplate statements without sufficient factual allegations in support.

5. Count 5 should be dismissed because there is no private case of action under the Prison Rape Elimination Act.

6. Plaintiffs' claims for injunctive relief, contained in Count 6 and related class allegations, should be dismissed because the claims are also part of a class action lawsuit of which the Plaintiffs are class members.

7. Alternatively, Defendants are entitled to qualified immunity as to Count 1, the Fourth Amendment claim.

8. A memorandum of law in support of this motion is filed contemporaneously with and incorporated herein.

WHEREFORE, Defendants respectfully request that this Court dismiss Counts 1, 3, 5, and 6 of Plaintiffs' complaint.

Respectfully submitted,

JOHN BALDWIN, DAVID BRAINARD, CHRISTINE BRANNON, DANA CHAUDOIN, DEBBIE DENNING, RENEE HATFIELD, PENNY JOHNSON, AARON LEESMAN, TAMMY LINNE, ANGELA LOCKE, JEFF MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, J. NESWICK, ALAN PASLEY, CLARA SHARON, MONICA SLATER, SHABEDA WARDEN-PENNINGTON, JOSEPH YURKOVICH, and FELIPE ZAVALA,
    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois
    Attorney for Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 785-4555
Fax: (217) 524-5091
lcook@atg.state.il.us

By: s/Lisa A. Cook
    LISA A. COOK
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 15-1447-MMM |
| ANGELA LOCKE, et al., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

Lisa Cook, Assistant Attorney General, herein certifies that a copy of the foregoing document, Defendants' Motion to Dismiss Counts 1, 3, 5, and 6 of the Plaintiffs' Complaint, was electronically filed on January 28, 2016, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Ruth Brown | ruth@loevy.com |
| Tara Thompson | tara@loevy.com |

s/ Lisa Cook
LISA COOK
Assistant Attorney General

Lisa Cook, #6298233
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555  Phone
(217) 524-5091  Fax
lcook@atg.state.il.us