IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 15-1447-MMM |
| ) | |
| ANGELA LOCKE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Laura K. Bautista, Assistant Attorney General, and hereby enters her appearance as counsel on behalf of Defendants ANGELA LOCKE, CLARA CHARRON (sued as "Sharon"), ALAN PASLEY, DEBBIE DENNING, JOSEPH YURKOVICH, FELIPE ZAVALA, RENEE HATFIELD, JOHN BALDWIN, CHRISTINE BRANNON, J. NESWICK, AARON LEESMAN, MONICA SLATER, TAMMY LINNE, JOSHUA MERREIGHN, DANA CHAUDOIN (sued as "Chaddon"), DUSTY MONTGOMERY, JEFF MASON, SHABEDA WARDEN-PENNINGTON DAVID BRAINARD, and PENNY JOHNSON, in the above cause.

                                                Respectfully Submitted,

                                                ANGELA LOCKE, et al.,

                                                Defendants,

| | |
|---|---|
| | LISA MADIGAN, Attorney General, |
| Laura K. Bautista #6289023 | State of Illinois, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendants, |
| Springfield, Illinois 62701 | |
| (217) 782-5819 Phone | BY:  s/ Laura K. Bautista |
| (217) 524-5091 Fax | Laura K. Bautista |
| Email: lbautista@atg.state.il.us | Assistant Attorney General |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 15-1447-MMM |
| ) | |
| ANGELA LOCKE, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2016 I caused to be electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Ruth Brown | ruth@loevy.com |
| Tara Thompson | tara@loevy.com |

and I hereby certify that on July 8, 2016 I caused to be mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully Submitted,

s/Laura K. Bautista
Laura K. Bautista, #6289023
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 782-5819
Facsimile: (217) 524-5091
Email: lbautista@atg.state.il.us