IN THE UNITED STATES DISTRICT CODKT.URT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SANDRA BROWN, LATRASHA JOHNSON, JERRI LINDSEY, and LAVI CONNER, on behalf of themselves and a class of others similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 15-1447-MMM |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ANGELA LOCKE, et al, | ) | Hon. Judge Mihm, Presiding |
| Defendants. | ) ) | |

## RESPONSE TO COURT'S ORDER OF AUGUST 11, 2016

Plaintiffs, by their undersigned counsel, hereby respond to the Court's order of August 11, 2016:

1. In the Court's order of August 11, 2016, this Court directed Plaintiffs to inform the Court via a filing if it is their intention to pursue Plaintiffs' motion for a protective order (Dkt. No. 64).

2. Plaintiffs anticipate being able to resolve this issue, but the parties have not yet had an opportunity to complete their discussions of the matter.

3. Accordingly, Plaintiffs respectfully ask this Court to permit them to withdraw their motion for a protective order (Dkt. No. 64), with leave to refile in the future should the parties not be able to reach agreement.

RESPECTFULLY SUBMITTED,

/s/ Ruth Brown
Attorneys for Plaintiffs

Arthur Loevy
Michael Kanovitz
Jon Loevy
Tara Thompson
Ruth Brown
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Ruth Brown, an attorney, certify that on August 12, 2016, I caused the foregoing to be served via the Court's electronic filing system upon all counsel of record.

/s/ Ruth Brown