E-FILED
Tuesday, 30 August, 2016  10:23:59 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 15-1447-MMM |
| ) | |
| ANGELA LOCKE, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Jennifer Lutzke, Assistant Attorney General, and hereby enters her appearance as counsel on behalf of Defendants ANGELA LOCKE, CLARA CHARRON (sued as "Sharon"), ALAN PASLEY, DEBBIE DENNING, JOSEPH YURKOVICH, FELIPE ZAVALA, RENEE HATFIELD, JOHN BALDWIN, CHRISTINE BRANNON, J. NESWICK, AARON LEESMAN, MONICA SLATER, TAMMY LINNE, JOSHUA MERREIGHN, DANA CHAUDOIN (sued as "Chaddon"), DUSTY MONTGOMERY, JEFF MASON, SHABEDA WARDEN-PENNINGTON DAVID BRAINARD, and PENNY JOHNSON, in the above cause.

Respectfully Submitted,

ANGELA LOCKE, et al.,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Jennifer Lutzke
Assistant Attorney General
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3711 Phone
(312) 814-4425 Fax
Email: jlutzke@atg.state.il.us

Attorney for Defendants,

BY:  s/ Jennifer Lutzke
       Jennifer Lutzke
       Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ANGELA LOCKE, et al., )<br>)<br>Defendants. ) | No. 15-1447-MMM |

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016 I caused to be electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Ruth Brown | ruth@loevy.com |
| Tara Thompson | tara@loevy.com |

and I hereby certify that on August 30, 2016 I caused to be mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully Submitted,

s/ Jennifer Lutzke
Jennifer Lutzke
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3711 Phone
(312) 814-4425 Fax
Email: jlutzke@atg.state.il.us