IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SANDRA BROWN, #R-359000, et al.,   )
                                    )
            Plaintiffs,             )    No. 15 C 1447
                                    )
       v.                           )
                                    )
ANGELA LOCKE, et al.,               )
                                    )
            Defendants.             )

### DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

NOW COME the Defendants, ANGELA LOCKE, CLARA CHARRON (sued as "Sharon"), ALAN PASLEY, DEBBIE DENNING, JOSEPH YURKOVICH, FELIPE ZAVALA, RENEE HATFIELD, JOHN BALDWIN, CHRISTINE BRANNON, J. NESWICK, AARON LEESMAN, MONICA SLATER, TAMMY LINNE, JOSHUA MERREIGHN, DANA CHAUDOIN (sued as "Chaddon"), DUSTY MONTGOMERY, JEFF MASON, SHABEDA WARDEN-PENNINGTON, DAVID BRAINARD, and PENNY JOHNSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Amend the Scheduling Order, state as follows:

1. On August 11, 2016, the Court set September 13, 2016 as the deadline for the completion of class discovery. (August 11, 2016 Minute Entry)

2. On September 12, 2016, Plaintiff filed an Emergency Motion for Protective Order Barring Improper Interviews. (ECF No. 67.) The Court granted Plaintiff's motion in part and reserved ruling in part. (ECF No. 68.) In granting the motion, the Court ordered that until the motion could be heard by the Court, "the interviews of the non-named/putative class members

1

will not occur on the subject matter of this litigation or issues in the *Thorgmorton* litigation unless there is agreement amongst the Parties." (*Id.*)

3. The parties had initially agreed that Sandra Brown's deposition take place on September 13, 2016. Plaintiff's counsel requested that the deposition be rescheduled, and the parties have agreed upon September 22, 2016 for Brown's rescheduled deposition.

4. Since Defendants cannot complete their class discovery until after the Court rules on Plaintiff's motion, and out of an abundance of caution, Defendants ask that the Court provide them with a reasonable time period following the Court's ruling on Plaintiff's motion to complete interviews of non-named/putative class members in this matter.

5. The undersigned contacted Plaintiff's counsel by email yesterday to determine whether she had an objection to the instant motion, but did not receive a response to her email.

**WHEREFORE**, the Defendants request that the Court grant them a reasonable time period following the Court's ruling on Plaintiff's Emergency Motion for Protective Order Barring Improper Interviews to complete class discovery, and for such further relief that the Court finds reasonable and just.

                                                          Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois                    s/ Jennifer Lutzke
                                                          JENNIFER LUTZKE
                                                          Assistant Attorney General
                                                          General Law Bureau
                                                          100 W. Randolph, 13th Floor
                                                          Chicago, Illinois 60601
                                                          (312) 814-3711
                                                          jlutzke@atg.state.il.us

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 15-1447-MMM |
| | ) |
| ANGELA LOCKE, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016 I caused to be electronically filed the foregoing *Defendants' Motion to Amend Scheduling Order* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Ruth Brown | ruth@loevy.com |
| Tara Thompson | tara@loevy.com |

and I hereby certify that on September 13, 2016 I caused to be mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully Submitted,

s/ Jennifer Lutzke
Jennifer Lutzke
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3711 Phone
(312) 814-4425 Fax
Email: jlutzke@atg.state.il.us