E-FILED
Monday, 06 February, 2017  11:55:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT CODKT.URT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| SANDRA BROWN, LATRASHA JOHNSON, ) <br> JERRI LINDSEY, and LAVI CONNER, on behalf ) <br> of themselves and a class of others similarly ) <br> situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANGELA LOCKE, et al, ) <br> ) <br> Defendants. ) | Case No. 15-1447-MMM <br><br><br><br><br><br> Hon. Judge Mihm, Presiding |

## JOINT MOTION TO EXTEND TIME TO
## FINALIZE SETTLEMENTAGREEMENT

All parties, by and through their undersigned counsel, jointly submit this motion for an extension of time in which to finalize the settlement agreement in this matter.  In support, the parties state as follows:

1.  At a status hearing on December 22, 2016, the parties jointly advised the Court that they had agreed in principle on a settlement and asked for 45 days to draft and finalize the settlement agreement.  The Court gave the parties until February 6, 2017 to submit a stipulation of dismissal and reserved ruling on Plaintiffs' outstanding motion for class certification.  *See* Minute Order of Dec. 22, 2016.

2.  Since that time, the parties have worked diligently on a settlement agreement and have exchanged multiple drafts, but have not yet finalized its terms.

3.  The parties thus respectfully request an additional 14 days to finalize a settlement and ask the Court to reserve ruling on Plaintiffs' outstanding motion for class certification for an additional 14 days.

4. The parties bring this agreed motion in good faith and without any dilatory purpose.

WHEREFORE, the parties respectfully request that this Court afford them an additional 14 days, until February 20, 2017, to finalize the settlement agreement and reserve ruling on Plaintiff's outstanding motion for class certification through that date.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Ruth Brown | /s/ Gary S. Caplan (with consent) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| | |
| Arthur Loevy | Gary Caplan |
| Michael Kanovitz | Office of the Illinois Attorney General |
| Jon Loevy | 100 West Randolph, 12th Floor |
| Tara Thompson | Chicago, IL 60601 |
| Ruth Brown | (312) 814-5661 |
| LOEVY & LOEVY | |
| 312 North May Street, Suite 100 | |
| Chicago, IL 60607 | |
| (312) 243-5900 | |

## CERTIFICATE OF SERVICE

I, Ruth Brown, an attorney, certify that on February 6, 2017, I caused the foregoing Parties' Joint Motion to Extend Time to Finalize Settlement Agreement to be served via the Court's electronic filing system upon all counsel of record.

/s/ Ruth Brown