IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SANDRA BROWN, #R35900, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 15-1447-MMM |
| ) | |
| ANGELA LOCKE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Lisa Cook, Assistant Attorney General, State of Illinois, hereby **re-enters**[1] her appearance on behalf of Defendants JOHN BALDWIN, DAVID BRAINARD, CHRISTINE BRANNON, DANA CHAUDOIN (sued as "Chaddon"), CLARA CHARRON (sued as "Sharon"), DEBBIE DENNING, RENEE HATFIELD, PENNY JOHNSON, AARON LEESMAN, TAMMY LINNE, ANGELA LOCKE, JEFF MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, J. NESWICK, ALAN PASLEY, MONICA SLATER, SHABEDA WARDEN-PENNINGTON, JOSEPH YURKOVICH, and FELIPE ZAVALA, in the above cause.

Assistant Attorney General Lisa Cook certifies that she is an attorney in good standing with the State of Illinois, and is admitted to practice in the United States District Court, for the Central District of Illinois.

Respectfully submitted,

LISA MADIGAN, Illinois Attorney General,

Lisa Cook, #6298233
Assistant Attorney General          Attorney for Defendants,
500 South Second Street
Springfield, Illinois   62701
(217) 557-7081 Phone         By:   s/Lisa Cook
(217) 524-5091 Fax                 LISA COOK
lcook@atg.state.il.us              Assistant Attorney General

---

[1] July 2016, Assistant Attorney General Lisa Cook left the Attorney General's Office, but has returned and has been reassigned to this case.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISON

| | |
|---|---|
| SANDRA BROWN, #R35900, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | )  No. 15-1447-MMM |
| ANGELA LOCKE, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, the foregoing document, *Notice of Appearance*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Ruth Brown | ruth@loevy.com |
| Tara Thompson | tara@loevy.com |
| Gary S. Caplan | gcaplan@atg.state.il.us |
| Jennifer M. Lutzke | jlutzke@atg.state.il.us |
| Laura K. Bautista | lbautista@atg.state.il.us |
| Leigh J. Richie | lrichie@atg.state.il.us |

Respectfully Submitted,

  s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62701
(217) 557-7081 Phone
(217) 524-5091 Fax
E-Mail:  lcook@atg.state.il.us