IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, #R-35900, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 15-1447-MMM |
| ANGELA LOCKE, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Lisa Madigan, Attorney General for the State of Illinois, by Karen McNaught, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendants JOHN BALDWIN, DAVID BRAINARD, CHRISTINE BRANNON, DANA CHAUDOIN (sued as "Chaddon"), CLARA CHARRON (sued as "Sharon"), DEBBIE DENNING, RENEE HATFIELD, PENNY JOHNSON, AARON LEESMAN, TAMMY LINNE, ANGELA LOCKE, JEFF MASON, JOSHUA MERREIGHN, DUSTY MONTGOMERY, J. NESWICK, ALAN PASLEY, MONICA SLATER, SHABEDA WARDEN-PENNINGTON, JOSEPH YURKOVICH, and FELIPE ZAVALA, in the above cause.

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois

Karen L. McNaught, #6203209
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
Phone: (217) 782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us
Of Counsel.

Attorney for Defendants,

By: s/Karen McNaught
    Karen L. McNaught
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA BROWN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 15-1447-MMM |
| ANGELA LOCKE, et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

Karen McNaught, Assistant Attorney General, herein certifies that a copy of the foregoing document, Notice of Appearance, was electronically filed on April 3, 2017, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Arthur Loevy       loevylaw@loevy.com
Jonathan Loevy     jon@loevy.com
Michael Kanovitz   mike@loevy.com
Ruth Brown         ruth@loevy.com
Tara Thompson      tara@loevy.com

s/ Karen McNaught
Karen L. McNaught, #6203209
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
Phone: (217) 782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us