In The United States District Court
Central District of Illinois, Springfield Division

Willette Benford, )
)
Plaintiff, )
)
v. ) Cs. No 1:15-CV-01447
)
Angela Locke, in her )
individual and official )
capacity as former Warden )
of Logan Correctional )
Center; and all other )
named employees, and )
unnamed employees )
of the Illinois Dept. of )
Corrections, )
)
Defendants. )

①

## Plaintiff's Emergency Motion for Preliminary Injunction

Plaintiff, Willette Benford, pro se, respectfully submits her Emergency Motion for Preliminary Injunction. In support of her motion, Plaintiff Benford states the following:

① Plaintiff Benford seeks to prevent the Illinois Department of Corrections and its employees from settling with the four named class plaintiffs of Brown v. Locke, and the plaintiffs attorneys of Loevy & Loevy.

② The Illinois Department of Corrections violated

(2)

plaintiff Benford's Fourth, Eigth, and Fourteeth Amendment rights, as well as the same for the four-named class plaintiffs of <u>Brown v. Locke</u>

(3) Loevy & Loevy used plaintiff Benford's statements, abuse, and harm inflicted upon her from the Illinois Department of Corrections and its employees in an attempt to negotiate a settlement with I.D.O.C. for <u>only</u> the four-named class plaintiffs in <u>Brown v. Locke</u>

(4) Loevy & Loevy misled plaintiff Benford to believe that they were representing her for four years as well as the four-named plaintiffs of <u>Brown v. Locke</u>

as Loevy & Loevy continually corresponded with Plaintiff Benford via mail through U.S. Postal Services, through telephone conversation, and/or in personal meetings.

(5) Plaintiff Benford's last correspondence from counsel Loevy & Loevy was dated <u>January 18, 2017</u> (1-18-2017) and the purpose of said correspondence was <u>To Return Grievance dated 12-4-13</u>. Plaintiff Benford had no reason to suspect at that time that Loevy & Loevy would not represent her best interest throughout this cause until a resolution in her favor was reached and

④

adjudicated by the courts.

⑥ Loevy & Loevy failed to notify plaintiff Benford, in a timely manner, of their plans to represent <u>only</u> the four-named plaintiffs of <u>Brown v. Locke</u>, instead of all plaintiffs, thus denying Plaintiff Benford the opportunity and right to obtain personal, proper counsel to represent her in a court action of her own in this matter.

⑦ Loevy & Loevy and the Illinois Department of Corrections' attempt to settle with the four-named plaintiffs of <u>Brown v. Locke</u> could

⑤

possibly bar plaintiff Benford from being guaranteed her right to due process of law set forth in her fourteenth Amendment under the Illinois Constitution, and her Fifth Amendment under the United States Constitution.

⑧ Loevy & Loevy were negligent in failing to notify Plaintiff Benford of their plans to solely represent the four-named plaintiffs only in this present cause. Many other plaintiffs received written correspondence (dated January 5, 2017) from attorneys Loevy & Loevy to that affect, yet plaintiff Benford was denied that right, and this failure on the

⑥

part of Loevy & Loevy is blatant and pre-judicial negligence. (See Exhibit I, copy of corresp. to another plaintiff which plaintiff Benford never received.)

(9) Loevy & Loevy were grossly negligent in their "notification" correspondence to plaintiffs (dated January 5, 2017) knowing that it would be impossible for plaintiff Benford (and other remaining unnamed plaintiffs) to then secure personal counsel, bring said new counsel "up to speed" on the lawsuit, and submit filings of any sort by the perspective date of February 6, 2017, the date where a settlement would be

① 

finalized between the four-named plaintiffs of Brown v. Locke, their attorneys Loevy & Loevy, and the Illinois Department of Corrections and its employees.

Therefore, plaintiff Benford asks this Honorable Court to grant her Emergency Motion for Preliminary Injunction for the reasons set forth above. Additionally, plaintiff Benford requests this court to set aside any already agreed upon settlement in this cause, to give plaintiff Benford (and any other unnamed plaintiff of this cause)

(8)

an adequate and proper time-frame to secure personal counsel to represent her/their rights in this said cause. It has been the cummulative weight of all plaintiffs (named and unnamed) that has even precipitated a settlement in this cause. Thus, all plaintiff, recorded by Loevy & Loevy are due just cause, not merely the four-named plaintiffs.

Subscribed & sworn before me this 10th day of April 2017

Deanna A. Bigger

OFFICIAL SEAL
DEANNA A. BIGGER
Notary Public - State of Illinois
My Commission Expires 10/22/2019

Respectfully Submitted,

Willette Benford
Willette Benford
I.D. # K-00001
Logan Corr. Ctr.
P.O. Box 1000
Lincoln, IL 62656

Exhibit 1

ILLINOIS DEPARTMENT of CORRECTIONS
**LEGAL MAIL RECEIPT**
LOGAN CORRECTIONAL CENTER

| UNIT | DATE |
|---|---|
| NCG | 1-3-17 |

| NAME | NUMBER |
|---|---|
| Evans Betty | Loewe Log |

| SIGNATURE | NUMBER |
|---|---|
| Tammy Guerra | BD7529 |

LOG 044 (Rev. 05/02)

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

January 5, 2017

Dear Ms. Eveans:

We write this letter to share with you some important updates about the *Brown* case. Please read this letter carefully. It contains information about the status of the litigation and steps you may wish to take in the near future if you want to continue to pursue claims on your own behalf arising out of the October 31, 2013 strip search at Logan Correctional Center.

As many of you know, a 2011 mass strip search occurred at Lincoln Correctional Center, resulting in a separate lawsuit. The plaintiff class recently lost at trial in that lawsuit, *Throgmorton v. Reynolds*, which is now pending on appeal. Although the *Throgmorton* lawsuit involved a different strip search, the outcome at trial has given the four named plaintiffs in *Brown* insight into the some of the difficulties ahead. That, as well as recent developments during the class discovery period, have led the *Brown* named plaintiffs to agree to settle the case as the wisest course of action.

The named plaintiffs have reached a tentative settlement that they are currently in the process of finalizing, and must finalize by February 6, 2017. The court has not certified a class action in *Brown*, and so the only claims that are pending in court currently are the claims of the four named plaintiffs. Thus, the settlement will settle only the claims of the four named plaintiffs in *Brown*.

**If you are a person who was searched during the October 31, 2013 strip search at Logan Correctional Center, the settlement will not resolve any potential claims you may have. If you want to pursue claims about this strip search on your own behalf, you should immediately consult an attorney and/or file a complaint on your own behalf.** Loevy & Loevy will not be able to pursue claims on your behalf or advise you about how, or whether, to pursue any such claims. For your review, we are enclosing a copy of the complaint filed on behalf of the four named plaintiffs in this case.

We cannot give you legal advice about any claims you may want to pursue, but be aware that there are deadlines that govern when complaints must be filed in federal court. Because of those deadlines, it is possible that any complaints filed after the settlement of the named plaintiffs' claims is finalized and officially entered will be considered time-barred by a court. Therefore, if you wish to pursue claims related to the October 31, 2013 strip search at Logan Correctional Center, you should immediately take whatever action you think is necessary to pursue your own claims in the courts.

We are very sorry that we cannot advise you further about this case, but we wish you well. We, as attorneys, will continue to fight in whatever ways we can for justice for people incarcerated in Illinois.

Very truly yours,

*Tara Thompson*   *RBrown*

WWW.LOEVY.COM                                        main 312.243.5900 | fax 312.243.5902

CONFIDENTIAL LEGAL
CORRESPONDENCE

## LOEVY & LOEVY
ATTORNEYS AT LAW

311 N. Aberdeen Street • 3rd floor • Chicago, Illinois 60607
Telephone 312.243.5900 • Facsimile 312.243.5902

Tammy Eveans

B07539

Logan Correctional Center

P.O. Box 1000

Lincoln, IL 62656

**RECEIVED**

JAN 10 2017

LOGAN CORRECTION
CENTER
MAIL ROOM



IN THE

United States District Court District of Illinois Springfield Division

Willette Benford
Plaintiff/Petitioner

Vs.

Angela Locke And Illinois Dept. of Corrections
Defendant/Respondent

No. 1:15-CV-01447

## NOTICE OF FILING / PROOF OF SERVICE

TO: U.S. District Court Central District Of Illinois, Springfield Division, 600 E. Monroe St. 151 U.S. Courthouse Springfield, IL 62701

TO: _____

← original + 1 copy

PLEASE TAKE NOTICE that on __4 / 10 / 17__, I placed the attached or enclosed documents in the institutional mail at Logan Correctional Center properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 4 / 10 / 17

/s/ Ms. Willette Benford
Name: Ms. Willette Benford
IDOC #: K-00061

Logan Correctional Center
1096 1350th Street
PO Box 1000
Lincoln, Illinois 62656

OFFICIAL SEAL
DEANNA A. BIGGER
Notary Public - State of Illinois
My Commission Expires 10/22/2019

Subscribed and Sworn to Before me this
10th day of April, 2017

_Deanna A. Bigger_
Notary Public

Revised September 2009

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.

**APPLICATION FOR WAIVER OF COURT FEES**

For Court Use Only

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Willette Benford<br>Plaintiff / Petitioner (First, middle, last name) | |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | v. | |
| Enter the name of the person being sued as Defendant/Respondent. | Angela Locke and all Named & Unamed Dept. of Corrections Employess<br>Defendant / Respondent (First, middle, last name) | Cv. 1:15-1447<br>Case Number |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | | |

Pursuant to Illinois Supreme Court Rule 298 and 735 ILCS 5/5-105, I state:

In 1a, enter your full name. If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information.

1. I am providing the following information about myself:
   a. Name: Willette Christina Benford
      First        Middle         Last
   b. Year of Birth: 11-03-64
   c. Street Address: P.O. Box 1000 - K-00061
      City, State, ZIP: Lincoln - Illinois 62656
   d. I believe I cannot afford to pay the court fees in this case.

In 1b, only enter the year you were born. DO NOT enter your entire date of birth.

In 1c, enter your complete current address.

2. I am providing the following information about people who live with me:
   a. I support ___0___ adults (not counting myself) who live with me.
   b. I support ___0___ children under 18 who live with me.

In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially.

In 2b, enter the number of people under age 18 living in your house who you support.

3. I have received 1 or more of the benefits listed below in the past 4 weeks:
   ☐ Yes    ☒ No
   • Supplemental Security Income (SSI) (Not Social Security)
   • Aid to the Aged, Blind and Disabled (AABD)
   • Temporary Assistance to Needy Families (TANF)
   • State Children & Family Assistance
   • Food Stamps (SNAP)
   • General Assistance (GA)
   • Transitional Assistance

In 3, check "Yes" if you have received at least 1 of the benefits listed in the past 4 weeks.

If you check "Yes" in 3, skip 4 and sign the form.

**If you answered "Yes" in section 3, skip section 4 and sign the form.**

WA-P 603.1

This form shall not be modified. It may be supplemented with additional materials.
Page 1 of 3

(09/14)

Enter the Case Number given by the Circuit Clerk: CV. 1:15 - 01447

4. I checked "No" in section 3, so I am providing the following financial information:

> In 4a, check "Yes" if you have applied for at least 1 of the benefits listed in section 3.

a. I have applied for 1 or more of the benefits listed in section 3:

☐ Yes  ☒ No

> In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type.
> Include the money received by the people you support who live with you. Support means that the people rely on you financially.

b. I receive the following money each month. This includes money received by people I support who live with me. (check all that apply)

☐ My employment: $ State Pay    ☐ Other people's employment: $ 0
☐ Child support: $ 0             ☐ Social Security (not SSI): $ 0
☐ Pension: $ 0                   ☐ Unemployment: $ 0
☐ Other (list type and amount): Gifts From Family + Friends $ 0
☐ No income
Total of all money received: $ 28.80 State Pay

> In 4c, check the box for each type of money you have received in the past 12 months. For each type, enter the total amount received in the past 12 months before taxes.
> Include the money received by the people you support who live with you.

c. I received the following total amount of money in the past 12 months. This includes money received by people I support who live with me. (check all that apply)

☐ My employment: $ 28.80          ☐ Other people's employment: $
☐ Child support: $                 ☐ Social Security (not SSI): $
☐ Pension: $                       ☐ Unemployment: $
☐ Other (list type and amount): Unknown Does Not exceed $1500.00
☐ No income
Total of all money received: $ 345.60

> In 4d, check all of your expenses for the past month and list the monthly amounts. Include the expenses of the people you support who live with you.

d. My current monthly expenses are listed below. This includes the monthly expenses of the people I support who live with me. (check all that apply)

☐ Rent: $ 0 per month
☐ Home Mortgage: $ 0 per month
☐ Other Mortgage: $ 0 per month
☐ Utilities: $ 0 per month
☐ Food: $ 0 per month
☐ Medical: $ 0 per month
☐ Car Loan: $ 0 per month
☐ Other (list type and amount): 0 $ _____ per month
☐ I have no expenses
Total of all expenses: $ 0

This form shall not be modified. It may be supplemented with additional materials.

WA-P 603.1                     Page 2 of 3                     (09/14)