UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SANDRA BROWN, LATRASHA JOHNSON, JERRI LINDSEY and LAVI CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>ANGELA LOCKE, CLARA SHARON, ALAN PASLEY, DEBBIE DENNING, JOSEPH YURKOVICH, FELIPE ZAVALA, RENEE HATFIELD, SALVADOR GODINEZ, JOHN BALDWIN, CHRISTINE BRANNON, WARDEN, BECK, JOHNSON, NESWICK, FRANKLIN, LESSMAN, SLATER, LINNE, COLE, SEXTON, MERRINGUE, ELKEN, CHADDON, LINNE, MONTGOMERY, MASON, BRAINARD, and JOHN/JANE DOES,<br><br>Defendants. | Case No. 15-1447 |

## ORDER

This matter is now before the Court on Willette Benford's Emergency Motion for Preliminary Injunction (ECF No. 89). For reasons state herein, the Motion (ECF No. 89) is DENIED. However, the Clerk of the Court is DIRECTED to provide Benford with a copy of the Complaint and attorney contact information (Plaintiff) for the case of *Dupree v. Locke, et al.*, ILCD Case No. 17-cv-1104.

## DISCUSSION

On October 30, 2015, Plaintiffs Sandra Brown, Latrasha Johnson, Jerri Lindsey, and Lavi Conner ("Named Plaintiffs") filed their Complaint on behalf of themselves and a class of other, similarly-situated plaintiffs ("Putative Class") against the Defendants pursuant to 42 U.S.C. § 1983 challenging the alleged "unjustified, invasive and humiliating

1

public strip search inflicted upon female prisoners at Logan Correctional Center on October 31, 2013." (ECF No. 1).

On April 6, 2017, this Court approved the Parties' Joint Motion for Order of Dismissal, over the Defendants' objections, dismissing this case.  (ECF No. 87).  In her recent Motion, Movant Benford provides that she was "misled" by Plaintiffs' counsel insofar as they led her "to believe that they were representing her for four years as well as the four-named Plaintiffs." (ECF No. 89 at 3).  Movant Benford complains that Plaintiffs' counsel "failed to notify Plaintiff Benford, in a timely manner, of their plans to represent only the four-named Plaintiffs of Brown v. Locke, instead of all Plaintiffs, thus denying Plaintiff Benford the opportunity and right to obtain personal, proper counsel to represent her in a court action of her own in this matter." (ECF No. 89 at 5).  In the end, Movant Benford request that this Court allow her adequate time to secure personal counsel to represent her (and others) in pursuing their cause of action. (ECF No. 89 at 9).

The Court declines to grant the relief requested by the Movant.  As part of this Court's decision to grant the Parties' Joint Motion for Order of Dismissal, the Court considered the overall impact on the putative class. (ECF No. 87 at 4).  Notably, a similar lawsuit – complaining of the same incidents - has been filed in this District, *Dupree v. Locke, et al.*, ILCD Case No. 17-cv-1104.  While this Court does not make any determination at this time whether or not class treatment is appropriate or whether this subsequent lawsuit specifically includes the Movant, the Court believed at the time of dismissal of this case this subsequent action reasonably protected the interests of the putative class.  The Movant should review the new lawsuit to determine whether or not it is applicable to her.  In that regard, the Court directs the Clerk of the Court to provide

Movant with a copy of the Complaint and attorney contact information (Plaintiff) for the case of *Dupree v. Locke, et al.*, ILCD Case No. 17-cv-1104

## **CONCLUSION**

For reasons stated herein, Willette Benford's Emergency Motion for Preliminary Injunction (ECF No. 89) is DENIED. However, the Clerk of the Court is DIRECTED to provide Benford with a copy of the Complaint and attorney contact information (Plaintiff) for the case of *Dupree v. Locke, et al.*, ILCD Case No. 17-cv-1104.

ENTERED this 17th day of April 2017.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge