Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Sandra Brown, Latrasha Johnson, Jerri Lindsey, and Lavi Conner,

Plaintiffs

vs.

Angela Locke, Clara Sharon, Alan Pasley, Debbie Denning, Joseph Yurkovich, Felipe Zavala, Renee Hatfield, Salvador Godinez, John Baldwin, Christine Brannon, Warden, Beck, Johnson, Neswick, Franklin, Lessman, Slater, Linne, Cole, Sexton, Merringue, Elken, Chaddon, Linne, Montgomery, Mason, Brainard, and John/Jane Does,

Defendants

Case Number: 15-1447

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered 7/18/2016, the Motion to Dismiss (ECF No. 35) filed by Salvador Godinez is granted and Defendant Godinez is terminated as a party in this litigation.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order entered 4/6/2017, the Parties' Joint Motion for Order of Dismissal (ECF No. 80) is granted. This case is dismissed without prejudice, with leave to reinstate within 120 days if the settlement amount is not paid within that time, and to convert to a dismissal with prejudice after 120 days if the plaintiff do not seek reinstatement. The Court retains of jurisdiction by the Court to enforce the parties' settlement agreement subject to any limitations contained in Kokkonen v. Guardian Life Ins., 511 U.S. 375 (1994).

**Dated:** 4/26/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court